DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

    KARIN TZAMAROT AND
    AARON TZAMAROT,

                      Debtors.
_____

**STIPULATION AND ORDER**

Case No. 09-24277-RDD
(Chapter 11)

       WHEREAS, the debtors, Karin Tzamarot and Aaron Tzamarot, filed a Chapter 13 bankruptcy case on December 6, 2009. Said case converted to one under Chapter 11 on or about March 15, 2010.

       WHEREAS, CAB East LLC is the record owner of one (1) 2006 Jaguar X-Type (hereinafter "property") (V.I.N. SAJWA51A16WE87361) leased by the debtors.

       WHEREAS, on or about March 19, 2010, CAB East LLC filed a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1).

       WHEREAS, a hearing was scheduled for May 28, 2010 at 10:00 a.m. before the Honorable Robert D. Drain in White Plains, New York.

       WHEREAS, the parties have agreed to enter into a Stipulation.

       NOW, upon all pleadings and proceedings heretofore had herein, and the parties having stipulated to the following:

1. That the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors, above named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, CAB East LLC, pursuant to applicable state and federal law, to recover possession and liquidate its property in accordance with applicable law; namely, one (1) 2006 Jaguar X-Type (V.I.N. SAJWA51A16WE87361).

DATED: Albany, New York
      May 27, 2010

Yours, etc.

/s/ Martin A. Mooney
Martin A. Mooney, Esq.
DEILY, MOONEY & GLASTETTER, LLP
Attorney for CAB East LLC
Office and P.O. Address:
8 Thurlow Terrace
Albany, NY 12203
Tel: (518) 436-0344

DATED: May 27, 2010

/s/ Lawrence F. Morrison
Lawrence F. Morrison, Esq.
Attorney for Debtors
140 East 45th Street
19th Floor
New York, NY 10017
Tel: (212) 655-3582

**SO ORDERED**
DATED:    June 1, 2010
            White Plains, New York

/s/Robert D. Drain
Hon. Robert D. Drain
U.S. Bankruptcy Judge
Southern District of New York

10.01310