UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                  Chapter 11

Aaron and Karin Tzamarot,               Case No.: 09-24277 (RDD)

                    Debtors.
---------------------------------------------------------------X

## ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL

*UPON* the application (the "Application") of **Meister Seelig & Fein LLP** for an order permitting Meister Seelig & Fein LLP to withdraw as attorneys for the above debtors and debtors in possession (the "Debtors"); and there being due and sufficient notice of the Application upon all creditors listed on the Debtors' creditor matrix, those parties who have filed a notice of appearance, and the U.S. Trustee's office; and upon the record of the April 5, 2011 hearing on the Application, at which the Debtors' proposed substitute counsel appeared; and there being no opposition to the relief sought in the Application; and due deliberation having been had and good and sufficient cause appearing, it is hereby

*ORDERED,* that the Application is granted and Meister Seelig & Fein LLP is relieved as counsel to the Debtors.

Dated: White Plains, New York
       April 6, 2011

                                        /s/Robert D. Drain
                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE