UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

Aaron Tzamarot                                    Case No. 09-24277-RDD
                                                  Chapter 11
Debtor.

-------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
## THE PERIOD DECEMBER 6, 2009 TO DECEMBER 31, 2009

DEBTOR'S ATTORNEY:                        Meister, Seelig & Fine, LLP
                                          140 East 45th Street
                                          New York, NY  10017


REPORT PREPARER:                          Palmetto, Mollo, Molinaro & Sciacca, LLP
                                          91 Broadhollow Road
                                          Melville, NY  11747


THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

MONTHLY DISBURSEMENTS:          $    1,167

MONTHLY CASH FLOW:              $    2,583


The undersigned, having reviewed the attached report and being familiar with the
debtor's financial affairs, verifies under the penalty of perjury, that the information
contained therein is complete, accurate and truthful to the best of my knowledge.


Dated:  Dec 10, 2009

                              _____
                               SIGNATURE AND TITLE


Indicate if this is an amended statement by checking here (    )

# AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD December 6, 2009 TO December 31, 2009 | FOR THE PERIOD December 6, 2009 TO December 31, 2009 |
|---|---|---|
| CASH BALANCE - BEGINNING | $ 0 | $ 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 3,750 | 3,750 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 1,167 | 1,167 |
| CASH BALANCE - DECEMBER 31, 2009 | $ 2,583 | $ 2,583 |

DETAIL OF CASH BALANCE - DECEMBER 31, 2009

| | |
|---|---|
| JP MORGAN CHASE BANK    A/C # *****4901 | $ 2,583 |
| | $ 2,583 |

Monthly household income and expenses were deposited and paid out of Simply Self Storage and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited and paid out of the debtors
Chase DIP Account # 876759887

## AARON TZAMAROT, DEBTOR
## CHASE CHECKING ACCOUNT # 797824901
### STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD December 6, 2009 TO December 31, 2009 | | FOR THE PERIOD December 6, 2009 TO December 31, 2009 | |
|---|---|---|---|---|
| CASH RECEIPTS |  |  |  |  |
| SPOUSE NET SALARY | $ | 3,750 | $ | 3,750 |
| TOTAL CASH RECEIPTS | $ | 3,750 | $ | 3,750 |
|  |  |  |  |  |
| CASH DISBURSEMENTS |  |  |  |  |
| AUTO EXPENSES | $ | 19 | $ | 19 |
| CABLE AND INTERNET |  | 143 |  | 143 |
| DEPENDENT EXPENSES |  | 261 |  | 261 |
| HOUSEHOLD EXPENSES |  | 195 |  | 195 |
| LIFE INSURANCE |  | 86 |  | 86 |
| TELEPHONE |  | 283 |  | 283 |
| WITHDRAWALS |  | 180 |  | 180 |
| TOTAL CASH DISBURSEMENTS | $ | 1,167 | $ | 1,167 |

AARON TZAMAROT, Debtor
BALANCE SHEET
DECEMBER 31, 2009
(UNAUDITED)

ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | 2,583 |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 760,583 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,872 |
| TOTAL LIABILITIES | $ | 1,277,872 |
| DEFICIT | | (517,289) |
| TOTAL LIABILITIES AND SURPLUS | $ | 760,583 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

                    Aaron Tzamarot                          Case No. 09-24277-RDD
                                                            Chapter 11
                    Debtor.

-----------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
## THE PERIOD JANUARY 1, 2010 TO JANUARY 31, 2010

DEBTOR'S ATTORNEY:                          Meister, Seelig & Fine, LLP
                                            140 East 45th Street
                                            New York, NY  10017


REPORT PREPARER:                            Palmetto, Mollo, Molinaro & Sciacca, LLP
                                            91 Broadhollow Road
                                            Melville, NY  11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

        MONTHLY DISBURSEMENTS:          $   12,104

        MONTHLY CASH FLOW:              $   (10,496)


The undersigned, having reviewed the attached report and being familiar with the
debtor's financial affairs, verifies under the penalty of perjury, that the information
contained therein is complete, accurate and truthful to the best of my knowledge.


Dated:   Jan 10, 2010

                                            _____
                                            SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here (   )

## AARON TZAMAROT, DEBTOR
### STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD January 1, 2010 TO January 31, 2010 | FOR THE PERIOD December 6, 2009 TO January 31, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | 2,583 | 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 1,608 | 5,358 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 12,104 | 13,271 |
| CASH BALANCE - JANUARY 31, 2010 | $ (7,913) | $ (7,913) |

DETAIL OF CASH BALANCE - JANUARY 31, 2010

| JP MORGAN CHASE BANK   A/C # *****4901 | $ (7,913) |
|---|---|
|  | $ (7,913) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage
and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited
and paid out of the debtors
Chase DIP Account # 876759887

## AARON TZAMAROT, DEBTOR
### CHASE CHECKING ACCOUNT # 797824901
### STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

| | FOR THE PERIOD January 1, 2010 TO January 31, 2010 | FOR THE PERIOD December 6, 2009 TO January 31, 2010 |
|---|---|---|
| **CASH RECEIPTS** | | |
| SPOUSE NET SALARY | $ 1,608 | $ 5,358 |
| TOTAL CASH RECEIPTS | $ 1,608 | $ 5,358 |
| | | |
| **CASH DISBURSEMENTS** | | |
| AUTO EXPENSES | $ 0 | $ 19 |
| CABLE AND INTERNET | 231 | 374 |
| DEPENDENT EXPENSES | 262 | 523 |
| HOUSEHOLD EXPENSES | 140 | 335 |
| LIFE INSURANCE | 86 | 172 |
| PROFESSIONAL FEES | 11,000 | 11,000 |
| TELEPHONE | 285 | 568 |
| WITHDRAWALS | 100 | 280 |
| TOTAL CASH DISBURSEMENTS | $ 12,104 | $ 13,271 |

AARON TZAMAROT, Debtor
BALANCE SHEET
JANUARY 31, 2010
(UNAUDITED)

ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | (7,913) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 750,087 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,872 |
| TOTAL LIABILITIES | $ | 1,277,872 |
| DEFICIT | | (527,785) |
| TOTAL LIABILITIES AND SURPLUS | $ | 750,087 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

                 Aaron Tzamarot                   Case No. 09-24277-RDD

                                                Chapter 11

                  Debtor.

-----------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
## THE PERIOD FEBRUARY 1, 2010 TO FEBRUARY 28, 2010

DEBTOR'S ATTORNEY:                  Meister, Seelig & Fine, LLP
                                        140 East 45th Street
                                          New York, NY  10017

REPORT PREPARER:                   Palmetto, Mollo, Molinaro & Sciacca, LLP
                                         91 Broadhollow Road
                                          Melville, NY  11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

       MONTHLY DISBURSEMENTS:          $   10,559 _____

       MONTHLY CASH FLOW:                $   (8,340) _____

The undersigned, having reviewed the attached report and being familiar with the debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated: _feb 10, 2010_

                             _____
                             SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here (   )

# AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD February 1, 2010 TO February 28, 2010 | FOR THE PERIOD December 6, 2009 TO February 28, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | $ (7,913) | $ 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 2,219 | 7,577 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 10,559 | 23,830 |
| CASH BALANCE - FEBRUARY 28, 2010 | $ (16,253) | $ (16,253) |

DETAIL OF CASH BALANCE - FEBRUARY 28, 2010

| JP MORGAN CHASE BANK   A/C # *****4901 | $ (16,253) |
|---|---|
|  | $ (16,253) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited and paid out of the debtors
Chase DIP Account # 876759887

## AARON TZAMAROT, DEBTOR
### CHASE CHECKING ACCOUNT # 797824901
### STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD February 1, 2010 TO February 28, 2010 | FOR THE PERIOD December 6, 2009 TO February 28, 2010 |
|---|---|---|
| **CASH RECEIPTS** | | |
| SPOUSE NET SALARY | $ 2,219 | $ 7,577 |
| TOTAL CASH RECEIPTS | $ 2,219 | $ 7,577 |
| | | |
| **CASH DISBURSEMENTS** | | |
| AUTO EXPENSES | $ 0 | $ 19 |
| CABLE AND INTERNET | 131 | 505 |
| DEPENDENT EXPENSES | 414 | 937 |
| HOUSEHOLD EXPENSES | 41 | 376 |
| LIFE INSURANCE | 86 | 258 |
| PROFESSIONAL FEES | 9,500 | 20,500 |
| TELEPHONE | 287 | 855 |
| WITHDRAWALS | 100 | 380 |
| TOTAL CASH DISBURSEMENTS | $ 10,559 | $ 23,830 |

AARON TZAMAROT, Debtor
BALANCE SHEET
FEBRUARY 28, 2010
(UNAUDITED)

ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | (16,253) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 741,747 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,872 |
| TOTAL LIABILITIES | $ | 1,277,872 |
| DEFICIT | | (536,125) |
| TOTAL LIABILITIES AND SURPLUS | $ | 741,747 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

                Aaron Tzamarot                Case No. 09-24277-RDD
                                        Chapter 11

                Debtor.

-----------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
## THE PERIOD MARCH 1, 2010 TO MARCH 31, 2010

DEBTOR'S ATTORNEY:                Meister, Seelig & Fine, LLP
                                      140 East 45th Street
                                      New York, NY  10017

REPORT PREPARER:                Palmetto, Mollo, Molinaro & Sciacca, LLP
                                      91 Broadhollow Road
                                      Melville, NY  11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

      MONTHLY DISBURSEMENTS:    $   7,482

      MONTHLY CASH FLOW:        $   6,767

The undersigned, having reviewed the attached report and being familiar with the debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated: *March 10, 2010*

                                        SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here ( X  )

## AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD March 1, 2010 TO March 31, 2010 | FOR THE PERIOD December 6, 2009 TO March 31, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | (16,253) | 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 14,249 | 21,826 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 7,482 | 31,312 |
| CASH BALANCE -MARCH 31, 2010 | $ (9,486) | $ (9,486) |

DETAIL OF CASH BALANCE -MARCH 31, 2010

| | | |
|---|---|---|
| JP MORGAN CHASE BANK    A/C # *****4901 | $ | (9,486) |
| | $ | (9,486) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage
and Moving, Inc.
Chase Checking account # 797824901.


Effective May 6, 2010, additional monthly household income and expenses were deposited
and paid out of the debtors
Chase DIP Account # 876759887

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

| | FOR THE PERIOD March 1, 2010 TO March 31, 2010 | FOR THE PERIOD December 6, 2009 TO March 31, 2010 |
|---|---|---|
| CASH RECEIPTS | | |
| SPOUSE NET SALARY | $ 14,249 | $ 21,826 |
| TOTAL CASH RECEIPTS | $ 14,249 | $ 21,826 |
| | | |
| CASH DISBURSEMENTS | | |
| AUTO EXPENSES | $ 1,500 | $ 1,519 |
| CABLE AND INTERNET | 134 | 639 |
| DEPENDENT EXPENSES | 943 | 1,880 |
| HOUSEHOLD EXPENSES | 435 | 811 |
| LIFE INSURANCE | 86 | 344 |
| PROFESSIONAL FEES | 4,000 | 24,500 |
| TELEPHONE | 284 | 1,139 |
| WITHDRAWALS | 100 | 480 |
| TOTAL CASH DISBURSEMENTS | $ 7,482 | $ 31,312 |

## AARON TZAMAROT, Debtor
## BALANCE SHEET
### MARCH 31, 2010
### (UNAUDITED)

ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | (9,486) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 748,514 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,872 |
| TOTAL LIABILITIES | $ | 1,277,872 |
| DEFICIT | | (529,358) |
| TOTAL LIABILITIES AND SURPLUS | $ | 748,514 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

              Aaron Tzamarot

                  Debtor.

                   Case No. 09-24277-RDD
                   Chapter 11

-----------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
## THE PERIOD APRIL 1, 2010 TO APRIL 30, 2010

DEBTOR'S ATTORNEY:              Meister, Seelig & Fine, LLP
                               140 East 45th Street
                               New York, NY  10017

REPORT PREPARER:             Palmetto, Mollo, Molinaro & Sciacca, LLP
                               91 Broadhollow Road
                               Melville, NY  11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

      MONTHLY DISBURSEMENTS:      $    2,437

      MONTHLY CASH FLOW:         $    1,937

The undersigned, having reviewed the attached report and being familiar with the debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated: _April 10, 2010_

                               SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here ( X  )

# AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD April 1, 2010 TO April 30, 2010 | FOR THE PERIOD December 6, 2009 TO April 30, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | $ (9,486) | $ 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 4,374 | 26,200 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 2,437 | 33,749 |
| CASH BALANCE -APRIL 30, 2010 | $ (7,549) | $ (7,549) |

DETAIL OF CASH BALANCE -APRIL 30, 2010

| JP MORGAN CHASE BANK   A/C # *****4901 | $ (7,549) |
|---|---|
|  | $ (7,549) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage and Moving, Inc.
Chase Checking account # 797824901.


Effective May 6, 2010, additional monthly household income and expenses were deposited and paid out of the debtors
Chase DIP Account # 876759887

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

|  | FOR THE PERIOD April 1, 2010 TO April 30, 2010 | FOR THE PERIOD December 6, 2009 TO April 30, 2010 |
|---|---|---|
| CASH RECEIPTS |  |  |
| SPOUSE NET SALARY | $        4,374 | $        26,200 |
| TOTAL CASH RECEIPTS | $        4,374 | $        26,200 |
|  |  |  |
| CASH DISBURSEMENTS |  |  |
| AUTO EXPENSES | $        1,517 | $        3,036 |
| CABLE AND INTERNET | 184 | 823 |
| DEPENDENT EXPENSES | 198 | 2,078 |
| HOUSEHOLD EXPENSES | 121 | 932 |
| LIFE INSURANCE | 86 | 430 |
| PROFESSIONAL FEES | 4,000 | 24,500 |
| TELEPHONE | 291 | 1,430 |
| WITHDRAWALS | 40 | 520 |
| TOTAL CASH DISBURSEMENTS | $        6,437 | $        33,749 |

AARON TZAMAROT, Debtor
BALANCE SHEET
APRIL 30, 2010
(UNAUDITED)

ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | (7,549) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 750,451 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,872 |
| TOTAL LIABILITIES | $ | 1,277,872 |
| DEFICIT | | (527,421) |
| TOTAL LIABILITIES AND SURPLUS | $ | 750,451 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

In re:

Aaron Tzamarot                                    Case No. 09-24277-RDD
                                                  Chapter 11
Debtor.

----------------------------------------x

**MONTHLY STATEMENT OF CASH FLOW**
**THE PERIOD MAY 1, 2010 TO MAY 31, 2010**

DEBTOR'S ATTORNEY:          Meister, Seelig & Fine, LLP
                            140 East 45th Street
                            New York, NY 10017

REPORT PREPARER:            Palmetto, Mollo, Molinaro & Sciacca, LLP
                            91 Broadhollow Road
                            Melville, NY 11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

MONTHLY DISBURSEMENTS:      $      11,404

MONTHLY CASH FLOW:         $      (6,893)

The undersigned, having reviewed the attached report and being familiar with the
debtor's financial affairs, verifies under the penalty of perjury, that the information
contained therein is complete, accurate and truthful to the best of my knowledge.

Dated:   May 10, 2010

                                    SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here ( X )

# AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
## (UNAUDITED)

|  | FOR THE PERIOD May 1, 2010 TO May 31, 2010 | FOR THE PERIOD December 6, 2009 TO May 31, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | $ (7,549) | $ 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 4,511 | 30,711 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 11,404 | 45,153 |
| CASH BALANCE -MAY 31, 2010 | $ (14,442) | $ (14,442) |

DETAIL OF CASH BALANCE -MAY 31, 2010

| | |
|---|---|
| JP MORGAN CHASE BANK   A/C # *****4901 | $ (14,574) |
| JP MORGAN CHASE BANK   A/C # *****9887 | 132 |
| | $ (14,442) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited and paid out of the debtors
Chase DIP Account # 876759887

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

|  | FOR THE PERIOD<br>May 1, 2010<br>TO<br>May 31, 2010 | FOR THE PERIOD<br>December 6, 2009<br>TO<br>May 31, 2010 |
|---|---|---|
| **CASH RECEIPTS** |  |  |
| SPOUSE NET SALARY | $ 3,348 | $ 29,548 |
| AUTO REFUND | 101 | 101 |
| TOTAL CASH RECEIPTS | $ 3,449 | $ 29,649 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| AUTO EXPENSES | $ 1,550 | $ 4,586 |
| CABLE AND INTERNET | 112 | 935 |
| DEPENDENT EXPENSES | 3,858 | 5,936 |
| HOUSEHOLD EXPENSES | 132 | 1,064 |
| LIFE INSURANCE | 86 | 516 |
| MEALS AND ENTERTAINMENT | 107 | 107 |
| PROFESSIONAL FEES | 4,075 | 28,575 |
| TELEPHONE | 84 | 1,514 |
| WITHDRAWALS | 470 | 990 |
| TOTAL CASH DISBURSEMENTS | $ 10,474 | $ 44,223 |

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

| | FOR THE PERIOD May 6, 2010 TO May 31, 2010 | | FOR THE PERIOD May 6, 2010 TO May 31, 2010 | |
|---|---|---|---|---|
| CASH RECEIPTS | | | | |
| SPOUSE NET SALARY | $ | 650 | $ | 650 |
| TRANSFER FROM BUSINESS ACCOUNT | | 412 | | 412 |
| TOTAL CASH RECEIPTS | $ | 1,062 | $ | 1,062 |
| | | | | |
| CASH DISBURSEMENTS | | | | |
| BANK CHARGES | $ | 19 | $ | 19 |
| CABLE AND INTERNET | | 122 | | 122 |
| LOANS AND EXCHANGES | | 500 | | 500 |
| TELEPHONE | | 289 | | 289 |
| TOTAL CASH DISBURSEMENTS | $ | 930 | $ | 930 |

AARON TZAMAROT, Debtor
BALANCE SHEET
MAY 31,2010

(UNAUDITED)

ASSETS

|  |  |  |
|---|---|---:|
| CASH IN BANK | $ | (14,442) |
| CASH ON HAND | $ | 5,000 |
| HOUSE - NEW YORK |  | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS |  | 10,000 |
| OTHER ASSETS |  | 3,000 |
|  | $ | 743,558 |

LIABILITIES AND SURPLUS

|  |  |  |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: |  |  |
| UNSECURED NON-PRIORITY |  | 257,782 |
| TOTAL LIABILITIES | $ | 1,277,782 |
| DEFICIT |  | (534,224) |
| TOTAL LIABILITIES AND SURPLUS | $ | 743,558 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:

        Aaron Tzamarot                     Case No. 09-24277-RDD
                                      Chapter 11

        Debtor.

--------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
## THE PERIOD JUNE 1, 2010 TO JUNE 30, 2010

DEBTOR'S ATTORNEY:                 Meister, Seelig & Fine, LLP
                                      140 East 45th Street
                                      New York, NY  10017

REPORT PREPARER:                 Palmetto, Mollo, Molinaro & Sciacca, LLP
                                      91 Broadhollow Road
                                      Melville, NY  11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

        MONTHLY DISBURSEMENTS:       $   2,615

        MONTHLY CASH FLOW:           $   1,325

The undersigned, having reviewed the attached report and being familiar with the
debtor's financial affairs, verifies under the penalty of perjury, that the information
contained therein is complete, accurate and truthful to the best of my knowledge.

Dated:    June 10, 2010

                                SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here ( X  )

# AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD June 1, 2010 TO June 30, 2010 | FOR THE PERIOD December 6, 2009 TO June 30, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | $ (14,442) | $ 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 3,940 | 34,651 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 2,615 | 47,768 |
| CASH BALANCE -JUNE 30, 2010 | $ (13,117) | $ (13,117) |

DETAIL OF CASH BALANCE -JUNE 30, 2010

| | |
|---|---|
| JP MORGAN CHASE BANK   A/C # *****4901 | $ (13,135) |
| JP MORGAN CHASE BANK   A/C # *****9887 | 18 |
| | $ (13,117) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage
and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited
and paid out of the debtors
Chase DIP Account # 876759887

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

| | FOR THE PERIOD June 1, 2010 TO June 30, 2010 | FOR THE PERIOD December 6, 2009 TO June 30, 2010 |
|---|---|---|
| **CASH RECEIPTS** | | |
| SPOUSE NET SALARY | $ 2,667 | $ 32,215 |
| AUTO REFUND | 0 | 101 |
| DEPENDENT EXPENSES CREDIT | 43 | 43 |
| TOTAL CASH RECEIPTS | $ 2,710 | $ 32,359 |
| | | |
| **CASH DISBURSEMENTS** | | |
| AUTO EXPENSES | $ 683 | $ 5,269 |
| CABLE AND INTERNET | 12 | 947 |
| DEPENDENT EXPENSES | 290 | 6,226 |
| HOUSEHOLD EXPENSES | 0 | 1,064 |
| LIFE INSURANCE | 86 | 602 |
| MEALS AND ENTERTAINMENT | 0 | 107 |
| PROFESSIONAL FEES | 0 | 28,575 |
| TELEPHONE | 0 | 1,514 |
| WITHDRAWALS | 200 | 1,190 |
| TOTAL CASH DISBURSEMENTS | $ 1,271 | $ 45,494 |

# AARON TZAMAROT, DEBTOR
## CHASE CHECKING ACCOUNT # 797824901
### STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD June 1, 2010 TO June 30, 2010 | FOR THE PERIOD May 6, 2010 TO June 30, 2010 |
|---|---|---|
| CASH RECEIPTS |  |  |
| SPOUSE NET SALARY | $ 730 | $ 1,380 |
| TRANSFER FROM BUSINESS ACCOUNT | 0 | 412 |
| LOANS AND EXCHANGES | 500 | 500 |
| TOTAL CASH RECEIPTS | $ 1,230 | $ 2,292 |
|  |  |  |
| CASH DISBURSEMENTS |  |  |
| AUTO EXPENSES | $ 500 | $ 500 |
| BANK CHARGES | 25 | 44 |
| CABLE AND INTERNET | 0 | 122 |
| HOUSEHOLD EXPENSES | 79 | 79 |
| LOANS AND EXCHANGES | 0 | 500 |
| TELEPHONE | 0 | 289 |
| WITHDRAWALS | 740 | 740 |
| TOTAL CASH DISBURSEMENTS | $ 1,344 | $ 2,274 |

AARON TZAMAROT, Debtor
BALANCE SHEET
JUNE 30, 2010

(UNAUDITED)

ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | (13,117) |
| CASH ON HAND | | 5,000 |
| HOUSE-NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 744,883 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,782 |
| TOTAL LIABILITIES | $ | 1,277,782 |
| DEFICIT | | (532,899) |
| TOTAL LIABILITIES AND SURPLUS | $ | 744,883 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:

                        Aaron Tzamarot                            Case No. 09-24277-RDD
                                                     Chapter 11

                        Debtor.

------------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
## THE PERIOD JULY 1, 2010 TO JULY 31, 2010

DEBTOR'S ATTORNEY:                    Meister, Seelig & Fine, LLP
                                       140 East 45th Street
                                       New York, NY  10017

REPORT PREPARER:                     Palmetto, Mollo, Molinaro & Sciacca, LLP
                                       91 Broadhollow Road
                                       Melville, NY  11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

        MONTHLY DISBURSEMENTS:         $   5,467

        MONTHLY CASH FLOW:             $   3,289

The undersigned, having reviewed the attached report and being familiar with the
debtor's financial affairs, verifies under the penalty of perjury, that the information
contained therein is complete, accurate and truthful to the best of my knowledge.

Dated:   _July 10, 2010_

                                              _____
                                            SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here ( X  )

## AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD<br>July 1, 2010<br>TO<br>July 31, 2010 | FOR THE PERIOD<br>December 6, 2009<br>TO<br>July 31, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | (13,117) | 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 8,756 | 43,407 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 5,467 | 53,235 |
| CASH BALANCE -JULY 31, 2010 | $ (9,828) | $ (9,828) |

DETAIL OF CASH BALANCE -JULY 31, 2010

| | |
|---|---|
| JP MORGAN CHASE BANK   A/C # *****4901 | $ (9,938) |
| JP MORGAN CHASE BANK   A/C # *****9887 | 110 |
| | $ (9,828) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage
and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited
and paid out of the debtors
Chase DIP Account # 876759887

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

|  | FOR THE PERIOD July 1, 2010 TO July 31, 2010 | FOR THE PERIOD December 6, 2009 TO July 31, 2010 |
|---|---|---|
| CASH RECEIPTS | | |
| SPOUSE NET SALARY | $          5,674 | $          37,889 |
| AUTO REFUND | 0 | 101 |
| DEPENDENT EXPENSES CREDIT | 0 | 43 |
| MISCELLANEOUS | 120 | 120 |
| TOTAL CASH RECEIPTS | $          5,794 | $          38,153 |
| CASH DISBURSEMENTS | | |
| AUTO EXPENSES | $          25 | $          5,294 |
| CABLE AND INTERNET | 348 | 1,295 |
| DEPENDENT EXPENSES | 317 | 6,543 |
| HOUSEHOLD EXPENSES | 184 | 1,248 |
| LIFE INSURANCE | 86 | 688 |
| MEALS AND ENTERTAINMENT | 0 | 107 |
| PROFESSIONAL FEES | 0 | 28,575 |
| TELEPHONE | 687 | 2,201 |
| WITHDRAWALS | 950 | 2,140 |
| TOTAL CASH DISBURSEMENTS | $          2,597 | $          48,091 |

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

| | FOR THE PERIOD July 1, 2010 TO July 31, 2010 | FOR THE PERIOD May 6, 2010 TO July 31, 2010 |
|---|---|---|
| **CASH RECEIPTS** | | |
| SPOUSE NET SALARY | $ 2,024 | $ 3,404 |
| TRANSFER FROM BUSINESS ACCOUNT | 0 | 412 |
| LOANS AND EXCHANGES | 0 | 500 |
| MISCELLANEOUS | 10 | 10 |
| CREDIR CARD RETURNS | 928 | 928 |
| TOTAL CASH RECEIPTS | $ 2,962 | $ 5,254 |
| | | |
| **CASH DISBURSEMENTS** | | |
| AUTO EXPENSES | 824 | 1324 |
| BANK CHARGES | 0 | 44 |
| CABLE AND INTERNET | 0 | 122 |
| DEPENDENT EXPENSES | 481 | 481 |
| HOUSEHOLD EXPENSES | 147 | 226 |
| INSURANCE | 577 | 577 |
| LOANS AND EXCHANGES | 0 | 500 |
| MEALS AND ENTERTAINMENT | 29 | 29 |
| TELEPHONE | 32 | 321 |
| WITHDRAWALS | 780 | 1,520 |
| TOTAL CASH DISBURSEMENTS | $ 2,870 | $ 5,144 |

## AARON TZAMAROT, Debtor
## BALANCE SHEET
### JULY 31, 2010

### (UNAUDITED)

ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | (9,828) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 748,172 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,782 |
| TOTAL LIABILITIES | $ | 1,277,782 |
| DEFICIT | | (529,610) |
| TOTAL LIABILITIES AND SURPLUS | $ | 748,172 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

                    Aaron Tzamarot                              Case No. 09-24277-RDD
                                                               Chapter 11
                    Debtor.

-----------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
### THE PERIOD AUGUST 1, 2010 TO AUGUST 31, 2010

DEBTOR'S ATTORNEY:                          Meister, Seelig & Fine, LLP
                                            140 East 45th Street
                                            New York, NY  10017


REPORT PREPARER:                            Palmetto, Mollo, Molinaro & Sciacca, LLP
                                            91 Broadhollow Road
                                            Melville, NY  11747


THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

        MONTHLY DISBURSEMENTS:          $    19,410

        MONTHLY CASH FLOW:             $    (4,972)


The undersigned, having reviewed the attached report and being familiar with the
debtor's financial affairs, verifies under the penalty of perjury, that the information
contained therein is complete, accurate and truthful to the best of my knowledge.


Dated:    _Aug. 10, 2010_


                              _____
                                  SIGNATURE AND TITLE


Indicate if this is an amended statement by checking here (    )

AARON TZAMAROT, DEBTOR
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

|  | FOR THE PERIOD August 1, 2010 TO August 31, 2010 | FOR THE PERIOD December 6, 2009 TO August 31, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | (9,828) | 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 14,438 | 57,845 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 19,410 | 72,645 |
| CASH BALANCE -AUGUST 31, 2010 | $ (14,800) | $ (14,800) |

DETAIL OF CASH BALANCE -AUGUST 31, 2010

| JP MORGAN CHASE BANK   A/C # *****4901 | $ (18,843) |
|---|---|
| JP MORGAN CHASE BANK   A/C # *****9887 | 4,043 |
|  | $ (14,800) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage
and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited
and paid out of the debtors
Chase DIP Account # 876759887

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

|  | FOR THE PERIOD August 1, 2010 TO August 31, 2010 | | FOR THE PERIOD December 6, 2009 TO August 31, 2010 | |
|---|---|---|---|---|
| CASH RECEIPTS | | | | |
| SPOUSE NET SALARY | $ | 3,798 | $ | 41,687 |
| AUTO REFUND | | 0 | | 101 |
| DEPENDENT EXPENSES CREDIT | | 0 | | 43 |
| MISCELLANEOUS | | 0 | | 120 |
| TOTAL CASH RECEIPTS | $ | 3,798 | $ | 41,951 |
| | | | | |
| CASH DISBURSEMENTS | | | | |
| AUTO EXPENSES | $ | 9,734 | $ | 15,028 |
| CABLE AND INTERNET | | 146 | | 1,441 |
| DEPENDENT EXPENSES | | 577 | | 7,120 |
| HOUSEHOLD EXPENSES | | 279 | | 1,527 |
| LIFE INSURANCE | | 86 | | 774 |
| MEALS AND ENTERTAINMENT | | 54 | | 161 |
| PROFESSIONAL FEES | | 0 | | 28,575 |
| TELEPHONE | | 536 | | 2,737 |
| UTILITIES | | 511 | | 511 |
| WITHDRAWALS | | 780 | | 2,920 |
| TOTAL CASH DISBURSEMENTS | $ | 12,703 | $ | 60,794 |

# AARON TZAMAROT, DEBTOR
## CHASE CHECKING ACCOUNT # 797824901
### STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
#### (UNAUDITED)

|  | FOR THE PERIOD August 1, 2010 TO August 31, 2010 | FOR THE PERIOD May 6, 2010 TO August 31, 2010 |
|---|---|---|
| **CASH RECEIPTS** |  |  |
| SPOUSE NET SALARY | $    1,700 | $    5,104 |
| TRANSFER FROM BUSINESS ACCOUNT | 0 | 412 |
| LOANS AND EXCHANGES | 0 | 500 |
| MISCELLANEOUS | 1 | 11 |
| CREDIT CARD RETURNS | 0 | 928 |
| INCOME TAX REFUNDS | 8,939 | 8,939 |
| TOTAL CASH RECEIPTS | $    10,640 | $    15,894 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| AUTO EXPENSES | 3242 | 4566 |
| BANK CHARGES | 40 | 84 |
| CABLE AND INTERNET | 0 | 122 |
| DEPENDENT EXPENSES | 634 | 1115 |
| HOUSEHOLD EXPENSES | 174 | 400 |
| INSURANCE | 0 | 577 |
| LOANS AND EXCHANGES | 0 | 500 |
| MEALS AND ENTERTAINMENT | 82 | 111 |
| PROFESSIONAL FEES | 2,375 | 2,375 |
| TELEPHONE | 0 | 321 |
| WITHDRAWALS | 160 | 1,680 |
| TOTAL CASH DISBURSEMENTS | $    6,707 | $    11,851 |

AARON TZAMAROT, Debtor
BALANCE SHEET
AUGUST 31, 2010

(UNAUDITED)

ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | (14,800) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 743,200 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,782 |
| TOTAL LIABILITIES | $ | 1,277,782 |
| DEFICIT | | (534,582) |
| TOTAL LIABILITIES AND SURPLUS | $ | 743,200 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

              Aaron Tzamarot                  Case No. 09-24277-RDD
                                      Chapter 11

                  Debtor.

-----------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
## THE PERIOD SEPTEMBER 1, 2010 TO SEPTEMBER 30, 2010

DEBTOR'S ATTORNEY:                  Meister, Seelig & Fine, LLP
                                        140 East 45th Street
                                        New York, NY  10017

REPORT PREPARER:                  Palmetto, Mollo, Molinaro & Sciacca, LLP
                                        91 Broadhollow Road
                                        Melville, NY  11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

        MONTHLY DISBURSEMENTS:        $   7,951

        MONTHLY CASH FLOW:              $   (3,196)

The undersigned, having reviewed the attached report and being familiar with the debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated:  _Sept. 10, 2010_

                                    _____
                                    SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here (  )

# AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD September 1, 2010 TO September 30, 2010 | FOR THE PERIOD December 6, 2009 TO September 30, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | $ (14,800) | $ 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 4,755 | 62,600 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 7,951 | 80,596 |
| CASH BALANCE -SEPTEMBER 30, 2010 | $ (17,996) | $ (17,996) |

DETAIL OF CASH BALANCE -SEPTEMBER 30, 2010

| | |
|---|---|
| JP MORGAN CHASE BANK   A/C # *****4901 | $ (17,859) |
| JP MORGAN CHASE BANK   A/C # *****9887 | (137) |
| | $ (17,996) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited and paid out of the debtors
Chase DIP Account # 876759887

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

| | FOR THE PERIOD September 1, 2010 TO September 30, 2010 | FOR THE PERIOD December 6, 2009 TO September 30, 2010 |
|---|---|---|
| CASH RECEIPTS | | |
| SPOUSE NET SALARY | $ 3,000 | $ 44,687 |
| AUTO REFUND | 0 | 101 |
| DEPENDENT EXPENSES CREDIT | 0 | 43 |
| MISCELLANEOUS | 0 | 120 |
| TOTAL CASH RECEIPTS | $ 3,000 | $ 44,951 |
| | | |
| CASH DISBURSEMENTS | | |
| AUTO EXPENSES | $ 1,441 | $ 16,469 |
| CABLE AND INTERNET | 12 | 1,453 |
| DEPENDENT EXPENSES | 301 | 7,421 |
| HOUSEHOLD EXPENSES | 101 | 1,628 |
| LIFE INSURANCE | 86 | 860 |
| MEALS AND ENTERTAINMENT | 75 | 236 |
| PROFESSIONAL FEES | 0 | 28,575 |
| TELEPHONE | 0 | 2,737 |
| UTILITIES | 0 | 511 |
| WITHDRAWALS | 0 | 2,920 |
| TOTAL CASH DISBURSEMENTS | $ 2,016 | $ 62,810 |

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

|  | FOR THE PERIOD September 1, 2010 TO September 30, 2010 | | FOR THE PERIOD May 6, 2010 TO September 30, 2010 | |
| --- | ---: | --- | ---: | --- |
| **CASH RECEIPTS** | | | | |
| SPOUSE NET SALARY | $ | 200 | $ | 5,304 |
| TRANSFER FROM BUSINESS ACCOUNT | | 1,554 | | 1,966 |
| LOANS AND EXCHANGES | | 0 | | 500 |
| MISCELLANEOUS | | 1 | | 12 |
| CREDIT CARD RETURNS | | 0 | | 928 |
| INCOME TAX REFUNDS | | 0 | | 8,939 |
| TOTAL CASH RECEIPTS | $ | 1,755 | $ | 17,649 |
| | | | | |
| **CASH DISBURSEMENTS** | | | | |
| AUTO EXPENSES | $ | 40 | $ | 4606 |
| BANK CHARGES | | 42 | | 126 |
| CABLE AND INTERNET | | 0 | | 122 |
| DEPENDENT EXPENSES | | 834 | | 1949 |
| HOUSEHOLD EXPENSES | | 145 | | 545 |
| INSURANCE | | 0 | | 577 |
| LOANS AND EXCHANGES | | 0 | | 500 |
| MEALS AND ENTERTAINMENT | | 884 | | 995 |
| RENT-SIMPLY STORAGE | | 3,500 | | 3,500 |
| PROFESSIONAL FEES | | 0 | | 2,375 |
| TELEPHONE | | 87 | | 408 |
| WITHDRAWALS | | 403 | | 2,083 |
| TOTAL CASH DISBURSEMENTS | $ | 5,935 | $ | 17,786 |

AARON TZAMAROT, Debtor
BALANCE SHEET
/SEPTEMBER 30, 2010

(UNAUDITED)

ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | (17,996) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 740,004 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,782 |
| TOTAL LIABILITIES | $ | 1,277,782 |
| DEFICIT | | (537,778) |
| TOTAL LIABILITIES AND SURPLUS | $ | 740,004 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:

               Aaron Tzamarot                   Case No. 09-24277-RDD
                                       Chapter 11

               Debtor.

------------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
## THE PERIOD OCTOBER 1, 2010 TO OCTOBER 31, 2010

DEBTOR'S ATTORNEY:               Meister, Seelig & Fine, LLP
                                      140 East 45th Street
                                      New York, NY  10017

REPORT PREPARER:               Palmetto, Mollo, Molinaro & Sciacca, LLP
                                      91 Broadhollow Road
                                      Melville, NY  11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

     MONTHLY DISBURSEMENTS:       $ ____2,594_____

     MONTHLY CASH FLOW:           $ ____7,944_____

The undersigned, having reviewed the attached report and being familiar with the debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated: _Oct. 10, 2010_

                             _____
                              SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here (    )

## AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD October 1, 2010 TO October 31, 2010 | FOR THE PERIOD December 6, 2009 TO October 31, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | (17,996) | 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 10,538 | 73,138 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 2,594 | 83,190 |
| CASH BALANCE -OCTOBER 31, 2010 | $ (10,052) | $ (10,052) |

DETAIL OF CASH BALANCE -OCTOBER 31, 2010

| | |
|---|---|
| JP MORGAN CHASE BANK   A/C # *****4901 | $ (10,262) |
| JP MORGAN CHASE BANK   A/C # *****9887 | 210 |
| | $ (10,052) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage
and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited
and paid out of the debtors
Chase DIP Account # 876759887

## AARON TZAMAROT, DEBTOR
## CHASE CHECKING ACCOUNT # 797824901
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
## (UNAUDITED)

|  | FOR THE PERIOD October 1, 2010 TO October 31, 2010 | | FOR THE PERIOD December 6, 2009 TO October 31, 2010 | |
|---|---|---|---|---|
| **CASH RECEIPTS** | | | | |
| SPOUSE NET SALARY | $ | 8,318 | $ | 53,005 |
| AUTO REFUND | | 0 | | 101 |
| DEPENDENT EXPENSES CREDIT | | 0 | | 43 |
| MISCELLANEOUS | | 0 | | 120 |
| TOTAL CASH RECEIPTS | $ | 8,318 | $ | 53,269 |
| | | | | |
| **CASH DISBURSEMENTS** | | | | |
| AUTO EXPENSES | $ | 623 | $ | 17,092 |
| CABLE AND INTERNET | | 12 | | 1,465 |
| DEPENDENT EXPENSES | | 0 | | 7,421 |
| HOUSEHOLD EXPENSES | | 0 | | 1,628 |
| LIFE INSURANCE | | 86 | | 946 |
| MEALS AND ENTERTAINMENT | | 0 | | 236 |
| PROFESSIONAL FEES | | 0 | | 28,575 |
| TELEPHONE | | 0 | | 2,737 |
| UTILITIES | | 0 | | 511 |
| WITHDRAWALS | | 0 | | 2,920 |
| TOTAL CASH DISBURSEMENTS | $ | 721 | $ | 63,531 |

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

| | FOR THE PERIOD October 1, 2010 TO October 31, 2010 | FOR THE PERIOD May 6, 2010 TO October 31, 2010 |
|---|---:|---:|
| **CASH RECEIPTS** | | |
| SPOUSE NET SALARY | $ 2,220 | $ 7,524 |
| TRANSFER FROM BUSINESS ACCOUNT | 0 | 1,966 |
| LOANS AND EXCHANGES | 0 | 500 |
| MISCELLANEOUS | 0 | 12 |
| CREDIT CARD RETURNS | 0 | 928 |
| INCOME TAX REFUNDS | 0 | 8,939 |
| TOTAL CASH RECEIPTS | $ 2,220 | $ 19,869 |
| | | |
| **CASH DISBURSEMENTS** | | |
| AUTO EXPENSES | $ 592 | $ 5198 |
| BANK CHARGES | 2 | 128 |
| CABLE AND INTERNET | 279 | 401 |
| DEPENDENT EXPENSES | 243 | 2192 |
| HOUSEHOLD EXPENSES | 8 | 553 |
| INSURANCE | 0 | 577 |
| LOANS AND EXCHANGES | 0 | 500 |
| MEALS AND ENTERTAINMENT | 0 | 995 |
| RENT-SIMPLY SELF STORAGE | 0 | 3,500 |
| PROFESSIONAL FEES | 0 | 2,375 |
| TELEPHONE | 86 | 494 |
| WITHDRAWALS | 663 | 2,746 |
| TOTAL CASH DISBURSEMENTS | $ 1,873 | $ 19,659 |

AARON TZAMAROT, Debtor
BALANCE SHEET
OCTOBER 31, 2010

(UNAUDITED)

## ASSETS

| | | |
|---|---|---:|
| CASH IN BANK | $ | (10,052) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 747,948 |

## LIABILITIES AND SURPLUS

| | | |
|---|---|---:|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,782 |
| TOTAL LIABILITIES | $ | 1,277,782 |
| DEFICIT | | (529,834) |
| TOTAL LIABILITIES AND SURPLUS | $ | 747,948 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:

                    Aaron Tzamarot                          Case No. 09-24277-RDD
                                                            Chapter 11
                        Debtor.

------------------------------------------------------------------x

## MONTHLY STATEMENT OF CASH FLOW
### THE PERIOD NOVEMBER 1, 2010 TO NOVEMBER 30, 2010

DEBTOR'S ATTORNEY:                      Meister, Seelig & Fine, LLP
                                        140 East 45th Street
                                        New York, NY  10017


REPORT PREPARER:                        Palmetto, Mollo, Molinaro & Sciacca, LLP
                                        91 Broadhollow Road
                                        Melville, NY  11747


THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

          MONTHLY DISBURSEMENTS:        $    5,438

          MONTHLY CASH FLOW:            $    (508)


The undersigned, having reviewed the attached report and being familiar with the
debtor's financial affairs, verifies under the penalty of perjury, that the information
contained therein is complete, accurate and truthful to the best of my knowledge.


Dated:  _Nov. 10, 2010_

                              _____
                                SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here (    )

## AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD<br>November 1, 2010<br>TO<br>November 30, 2010 | FOR THE PERIOD<br>December 6, 2009<br>TO<br>November 30, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | (10,052) | 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 4,930 | 78,068 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 5,438 | 88,628 |
| CASH BALANCE -NOVEMBER 30, 2010 | $ (10,560) | $ (10,560) |

DETAIL OF CASH BALANCE -NOVEMBER 30, 2010

| JP MORGAN CHASE BANK   A/C # *****4901 | $ | (10,614) |
|---|---|---|
| JP MORGAN CHASE BANK   A/C # *****9887 |  | 54 |
|  | $ | (10,560) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage
and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited
and paid out of the debtors
Chase DIP Account # 876759887

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

| | FOR THE PERIOD November 1, 2010 TO November 30, 2010 | FOR THE PERIOD December 6, 2009 TO November 30, 2010 |
|---|---|---|
| **CASH RECEIPTS** | | |
| SPOUSE NET SALARY | $ 2,340 | $ 55,345 |
| AUTO REFUND | 0 | 101 |
| DEPENDENT EXPENSES CREDIT | 0 | 43 |
| MISCELLANEOUS | 0 | 120 |
| TOTAL CASH RECEIPTS | $ 2,340 | $ 55,609 |
| | | |
| **CASH DISBURSEMENTS** | | |
| AUTO EXPENSES | 937 | $ 18,029 |
| CABLE AND INTERNET | 12 | 1,477 |
| DEPENDENT EXPENSES | 189 | 7,610 |
| HOUSEHOLD EXPENSES | 107 | 1,735 |
| LIFE INSURANCE | 86 | 1,032 |
| MEALS AND ENTERTAINMENT | 27 | 263 |
| PROFESSIONAL FEES | 0 | 28,575 |
| TELEPHONE | 91 | 2,828 |
| UTILITIES | 0 | 511 |
| WITHDRAWALS | 1,243 | 4,163 |
| TOTAL CASH DISBURSEMENTS | $ 2,692 | $ 66,223 |

## AARON TZAMAROT, DEBTOR
### CHASE CHECKING ACCOUNT # 797824901
### STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

| | FOR THE PERIOD<br>November 1, 2010<br>TO<br>November 30, 2010 | FOR THE PERIOD<br>May 6, 2010<br>TO<br>November 30, 2010 |
|---|---|---|
| **CASH RECEIPTS** | | |
| SPOUSE NET SALARY | $    2,275 | $    9,799 |
| TRANSFER FROM BUSINESS ACCOUNT | 315 | 2,281 |
| LOANS AND EXCHANGES | 0 | 500 |
| MISCELLANEOUS | 0 | 12 |
| CREDIT CARD RETURNS | 0 | 928 |
| INCOME TAX REFUNDS | 0 | 8,939 |
| TOTAL CASH RECEIPTS | $    2,590 | $    22,459 |
| | | |
| **CASH DISBURSEMENTS** | | |
| AUTO EXPENSES | $    302 | $    5500 |
| BANK CHARGES | 113 | 241 |
| CABLE AND INTERNET | 320 | 721 |
| DEPENDENT EXPENSES | 653 | 2845 |
| HOUSEHOLD EXPENSES | 77 | 630 |
| INSURANCE | 0 | 577 |
| LOANS AND EXCHANGES | 0 | 500 |
| MEALS AND ENTERTAINMENT | 0 | 995 |
| RENT-SIMPLY SELF STORAGE | 0 | 3,500 |
| PROFESSIONAL FEES | 325 | 2,700 |
| TELEPHONE | 513 | 1,007 |
| WITHDRAWALS | 443 | 3,189 |
| TOTAL CASH DISBURSEMENTS | $    2,746 | $    22,405 |

AARON TZAMAROT, Debtor
BALANCE SHEET
NOVEMBER 30, 2010

(UNAUDITED)

ASSETS

| | | |
|---|---|---|
| CASH IN BANK | $ | (10,560) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 747,440 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
|     UNSECURED NON-PRIORITY | | 257,782 |
|     TOTAL LIABILITIES | $ | 1,277,782 |
| DEFICIT | | (530,342) |
|     TOTAL LIABILITIES AND SURPLUS | $ | 747,440 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

        Aaron Tzamarot

        Debtor.

-------------------------------------------------------------x

Case No. 09-24277-RDD
Chapter 11

## MONTHLY STATEMENT OF CASH FLOW
### THE PERIOD DECEMBER 1, 2010 TO DECEMBER 31, 2010

DEBTOR'S ATTORNEY:

    Meister, Seelig & Fine, LLP
    140 East 45th Street
    New York, NY  10017

REPORT PREPARER:

    Palmetto, Mollo, Molinaro & Sciacca, LLP
    91 Broadhollow Road
    Melville, NY  11747

THIS OPERATING REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

    MONTHLY DISBURSEMENTS:    $   2,393

    MONTHLY CASH FLOW:    $   1,797

The undersigned, having reviewed the attached report and being familiar with the debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

Dated:  _Dec 10, 2010_

                      SIGNATURE AND TITLE

Indicate if this is an amended statement by checking here (   )

# AARON TZAMAROT, DEBTOR
## STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
### (UNAUDITED)

|  | FOR THE PERIOD<br>December 1, 2010<br>TO<br>December 31, 2010 | FOR THE PERIOD<br>December 6, 2009<br>TO<br>December 31, 2010 |
|---|---|---|
| CASH BALANCE - BEGINNING | $ (10,560) | $ 0 |
| CASH RECEIPTS (SEE SCHEDULE) | 4,190 | 82,258 |
| CASH DISBURSEMENTS (SEE SCHEDULE) | 2,393 | 91,021 |
| CASH BALANCE -DECEMBER 31, 2010 | $ (8,763) | $ (8,763) |

## DETAIL OF CASH BALANCE -DECEMBER 31, 2010

| | | |
|---|---|---|
| JP MORGAN CHASE BANK   A/C # *****4901 | $ | (8,824) |
| JP MORGAN CHASE BANK   A/C # *****9887 | | 61 |
| | $ | (8,763) |

Monthly household income and expenses were deposited and paid out of Simply Self Storage
and Moving, Inc.
Chase Checking account # 797824901.

Effective May 6, 2010, additional monthly household income and expenses were deposited
and paid out of the debtors
Chase DIP Account # 876759887

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

| | FOR THE PERIOD December 1, 2010 TO December 31, 2010 | FOR THE PERIOD December 6, 2009 TO December 31, 2010 |
|---|---|---|
| CASH RECEIPTS | | |
| SPOUSE NET SALARY | $ 3,095 | $ 58,440 |
| AUTO REFUND | 0 | 101 |
| DEPENDENT EXPENSES CREDIT | 0 | 43 |
| MISCELLANEOUS | 0 | 120 |
| TOTAL CASH RECEIPTS | $ 3,095 | $ 58,704 |
| | | |
| CASH DISBURSEMENTS | | |
| AUTO EXPENSES | $ 1,167 | $ 19,196 |
| CABLE AND INTERNET | 12 | 1,489 |
| DEPENDENT EXPENSES | 0 | 7,610 |
| HOUSEHOLD EXPENSES | 0 | 1,735 |
| LIFE INSURANCE | 86 | 1,118 |
| MEALS AND ENTERTAINMENT | 0 | 263 |
| PROFESSIONAL FEES | 0 | 28,575 |
| TELEPHONE | 0 | 2,828 |
| UTILITIES | 0 | 511 |
| WITHDRAWALS | 40 | 4,203 |
| TOTAL CASH DISBURSEMENTS | $ 1,305 | $ 67,528 |

AARON TZAMAROT, DEBTOR
CHASE CHECKING ACCOUNT # 797824901
STATEMENT OF CASH RECEIPTS AND CASH DISBURSEMENTS
(UNAUDITED)

|  | FOR THE PERIOD December 1, 2010 TO December 31, 2010 | FOR THE PERIOD May 6, 2010 TO December 31, 2010 |
|---|---|---|
| **CASH RECEIPTS** | | |
| SPOUSE NET SALARY | $ 1,095 | $ 10,894 |
| TRANSFER FROM BUSINESS ACCOUNT | 0 | 2,281 |
| LOANS AND EXCHANGES | 0 | 500 |
| MISCELLANEOUS | 0 | 12 |
| CREDIT CARD RETURNS | 0 | 928 |
| INCOME TAX REFUNDS | 0 | 8,939 |
| TOTAL CASH RECEIPTS | $ 1,095 | $ 23,554 |
| | | |
| **CASH DISBURSEMENTS** | | |
| AUTO EXPENSES | $ 373 | $ 5873 |
| BANK CHARGES | 89 | 330 |
| CABLE AND INTERNET | 0 | 721 |
| DEPENDENT EXPENSES | 76 | 2921 |
| HOUSEHOLD EXPENSES | 25 | 655 |
| INSURANCE | 0 | 577 |
| LOANS AND EXCHANGES | 0 | 500 |
| MEALS AND ENTERTAINMENT | 0 | 995 |
| RENT-SIMPLY SELF STORAGE | 0 | 3,500 |
| PROFESSIONAL FEES | 0 | 2,700 |
| TELEPHONE | 485 | 1,492 |
| WITHDRAWALS | 40 | 3,229 |
| TOTAL CASH DISBURSEMENTS | $ 1,088 | $ 23,493 |

AARON TZAMAROT, Debtor
BALANCE SHEET
DECEMBER 31, 2010

(UNAUDITED)

ASSETS

| | | |
|---|---|---|
| CASH IN BANK | $ | (8,763) |
| CASH ON HAND | | 5,000 |
| HOUSE - NEW YORK | | 740,000 |
| VARIOUS HOUSEHOLD FURNISHINGS | | 10,000 |
| OTHER ASSETS | | 3,000 |
| | $ | 749,237 |

LIABILITIES AND SURPLUS

| | | |
|---|---|---|
| SECURED CLAIM - NEW YORK HOUSE | $ | 1,020,000 |
| LIABILITIES SUBJECT TO COMPROMISE: | | |
| UNSECURED NON-PRIORITY | | 257,782 |
| TOTAL LIABILITIES | $ | 1,277,782 |
| DEFICIT | | (528,545) |
| TOTAL LIABILITIES AND SURPLUS | $ | 749,237 |

Above based on bankruptcy petition amounts except for cash which reflects current balance.