# EXHIBIT A

PENAP, Convert, FeeDueAP

# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
### Bankruptcy Petition #: 09-24277-rdd

*Assigned to:* Judge Robert D. Drain
Chapter 11
Previous chapter 13
Voluntary
Asset

*Date filed:* 12/06/2009
*Date converted:* 03/15/2010
*341 meeting:* 04/30/2010
*Deadline for objecting to discharge:* 06/14/2010

*Debtor*
**Karin Tzamarot**
12 Lenox Avennue
Scarsdale, NY 10583
WESTCHESTER-NY
SSN / ITIN: xxx-xx-9932

represented by **Todd S. Cushner**
Garvey Tirelli & Cushner Ltd.
50 Main Street
Suite 390
White Plains, NY 10606
914-946-2200
Fax : 914-946-1300
Email: Todd@cushnergarvey.com

**Sarit Shmulevitz**
Shmulevitz Law
9 Glenwood Road
Scarsdale, NY 10583
(917)239-8397
Email: shmulevitz@shmulevitzlaw.com

*Joint Debtor*
**Aaron Tzamarot**
12 Lenox Avennue
Scarsdale, NY 10583
WESTCHESTER-NY
SSN / ITIN: xxx-xx-3807

represented by **Todd S. Cushner**
(See above for address)

**Sarit Shmulevitz**
(See above for address)

*Defendant*
**Peter a/k/a/ Alexis Alexos**

represented by **Peter a/k/a/ Alexis Alexos**
PRO SE

*Trustee*
**Jeffrey L. Sapir-13**
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102

White Plains, NY 10603
(914) 328-6333

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 12/06/2009 | 1 (7 pgs) | Voluntary Petition (Chapter 13). Order for Relief Entered. *and exhibit D* Filed by Lawrence F. Morrison of Meister Seelig & Fein, LLP on behalf of Karin Tzamarot, Aaron Tzamarot. (Morrison, Lawrence) (Entered: 12/06/2009) |
| 12/06/2009 | 2 (1 pg) | Certificate of Credit Counseling for Joint Debtor only, Certificate Number: 02114-nys-cc-009222281 filed by Lawrence F. Morrison on behalf of Aaron Tzamarot. (Morrison, Lawrence) (Entered: 12/06/2009) |
| 12/06/2009 | 3 (1 pg) | Certificate of Credit Counseling for Debtor only, Certificate Number: 02114-nys-cc-009222282 filed by Lawrence F. Morrison on behalf of Karin Tzamarot. (Morrison, Lawrence) (Entered: 12/06/2009) |
| 12/06/2009 | 4 (1 pg) | Matrix filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. (Morrison, Lawrence) (Entered: 12/06/2009) |
| 12/07/2009 | | Receipt of Voluntary Petition (Chapter 13)(09-24277) [misc,1161] ( 274.00) Filing Fee. Receipt number 6454364. Fee amount 274.00. (U.S. Treasury) (Entered: 12/07/2009) |
| 12/09/2009 | 5 (3 pgs; 2 docs) | Chapter 13 341(a) Notice with 341(a) meeting to be held on 1/15/2010 at 10:30 AM at Room 243A, White Plains. with Confirmation hearing to be held on 2/17/2010 at 10:00 AM at White Plains Office Courtroom TBA Last day to object to dischargeability of a debt is 3/16/2010. Last day to Object to Confirmation 2/8/2010, Proof of Claims |

| | | |
|---|---|---|
| | | due by 4/15/2010. (Tavarez, Arturo). (Entered: 12/09/2009) |
| 12/11/2009 | 6 (5 pgs) | Notice of 341(a) Meeting of Creditors with Certificate of Mailing. (related document(s) (Related Doc # 5)) . Service Date 12/11/2009. (Admin.) (Entered: 12/12/2009) |
| 12/22/2009 | 7 (5 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. (Morrison, Lawrence) (Entered: 12/22/2009) |
| 12/23/2009 | 8 (7 pgs) | Affidavit of Service *Debtors' Ex Parte Motion for Order Extending Time to File Schedules, Statement of Financial Affairs, and Model Chapter 13 Plan Nunc Pro Tunc to December 20, 2009* (related document(s)7) filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. (Morrison, Lawrence) (Entered: 12/23/2009) |
| 12/31/2009 | 9 (2 pgs) | Order signed on 12/31/2009 Granting Motion To Extend Deadline to File Schedules or Provide Required Information (Related Doc # 7). (O'Shea, Lisa) (Entered: 12/31/2009) |
| 12/31/2009 | 10 (36 pgs) | Schedules filed: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J *Statement of Financial Affairs, 2016 Statement, Statement of Current Monthly Income* filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. (Morrison, Lawrence) (Entered: 12/31/2009) |
| 12/31/2009 | 11 (9 pgs) | Model Chapter 13 Plan filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. (Morrison, Lawrence) (Entered: 12/31/2009) |
| 12/31/2009 | 12 (2 pgs) | Affidavit of Service (related document(s)11) filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. (Morrison, Lawrence) (Entered: 12/31/2009) |

| | | |
|---|---|---|
| 01/28/2010 | [13](#) (3 pgs; 2 docs) | Objection to Confirmation of Plan (related document(s)11) filed by Randa R. Simmons on behalf of Chase Home Finance, LLC. (Attachments: 1 Certificate of Service)(Simmons, Randa) (Entered: 01/28/2010) |
| 01/28/2010 | [14](#) (3 pgs; 2 docs) | Objection to Confirmation of Plan (related document(s)11) filed by Randa R. Simmons on behalf of Chase Home Finance, LLC. (Attachments: 1 Certificate of Service)(Simmons, Randa) (Entered: 01/28/2010) |
| 01/29/2010 | [15](#) (2 pgs; 2 docs) | Notice of Appearance filed by Nicole C. Gazzo on behalf of Chase Home Finance, LLC. (Attachments: 1 Certifcate of Service)(Gazzo, Nicole) (Entered: 01/29/2010) |
| 02/24/2010 | [16](#) (5 pgs) | Motion to Convert Chapter 13 Case to Chapter 11 filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. with hearing to be held on 3/10/2010 at 10:00 AM at Courtroom 520, White Plains Office Responses due by 3/9/2010, (Morrison, Lawrence) (Entered: 02/24/2010) |
| 02/25/2010 | | Receipt of Motion to Convert Case 13 to 11(09-24277-rdd) [motion,1434] ( 765.00) Filing Fee. Receipt number 6633534. Fee amount 765.00. (U.S. Treasury) (Entered: 02/25/2010) |
| 03/09/2010 | [17](#) (1 pg) | Letter *withdrawing Objection to Confirmation filed in error* (related document(s)14) filed by Randa R. Simmons on behalf of Chase Home Finance, LLC. (Simmons, Randa) (Entered: 03/09/2010) |
| 03/16/2010 | [18](#) (1 pg) | Order signed on 3/16/2010 Granting Motion to Convert Chapter 13 Case to Chapter 11 (Related Doc # 16) . (Correa, Mimi) (Entered: 03/16/2010) |
| 03/16/2010 | | Pending Chapter 13 Deadlines Terminated. (Correa, Mimi). (Entered: 03/16/2010) |
| 03/16/2010 | [19](#) (3 pgs; 2 docs) | Request for 341(a) Notice with 341(a) meeting to be held on 4/14/2010 at 01:00 PM at Room 243A, White Plains. Last day to oppose discharge or dischargeability is 6/14/2010. (Tavarez, Arturo). (Entered: 03/16/2010) |

| | | |
|---|---|---|
| 03/18/2010 | [20](#) <br> (3 pgs; 2 docs) | Notice of Appearance filed by Martin A. Mooney on behalf of Cab East, LLC. (Attachments: 1 Certificate of Service)(Mooney, Martin) (Entered: 03/18/2010) |
| 03/18/2010 | [21](#) <br> (5 pgs) | Notice of 341(a) Meeting of Creditors with Certificate of Mailing. (related document(s) (Related Doc # 19)) . Service Date 03/18/2010. (Admin.) (Entered: 03/19/2010) |
| 03/19/2010 | [22](#) <br> (17 pgs; 5 docs) | Motion for Relief from Stay *Re: 2006 Jaguar X-Type (DMG)* filed by Martin A. Mooney on behalf of CAB East LLC. with hearing to be held on 5/28/2010 at 10:00 AM at Courtroom 118, White Plains Office (Attachments: 1 Exhibit A 2 Affidavit of Fact 3 Proposed Order 4 Certificate of Service) (Mooney, Martin) (Entered: 03/19/2010) |
| 03/19/2010 | | Receipt of Motion for Relief from Stay (fee)(09-24277-rdd) [motion,185] ( 150.00) Filing Fee. Receipt number 6686199. Fee amount 150.00. (U.S. Treasury) (Entered: 03/19/2010) |
| 03/19/2010 | [23](#) <br> (1 pg) | Letter - *30-Day Waiver* (related document(s)22) filed by Martin A. Mooney on behalf of CAB East LLC. (Mooney, Martin) (Entered: 03/19/2010) |
| 03/26/2010 | [24](#) <br> (2 pgs) | Order signed on 3/26/2010 Scheduling Initial Case Conference. Hearing to be held on 6/8/2010 at 10:00 AM at Courtroom 118, White Plains Office (Tavarez, Arturo) (Entered: 03/26/2010) |
| 03/26/2010 | [25](#) <br> (4 pgs) | Chapter 13 Trustee's Final Report and Account . (Sapir-13, Jeffrey) (Entered: 03/26/2010) |
| 04/13/2010 | [26](#) <br> (1 pg) | Notice of Meeting of Creditors *adjourned from April 14, 2010 at 1:00 p.m.* filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. with 341(a) meeting to be held on 4/30/2010 at 01:30 PM at 80 Broad St., 4th Floor, USTM. (Morrison, Lawrence) (Entered: 04/13/2010) |
| 05/27/2010 | [27](#) <br> (1 pg) | Letter - *Settled by Stipulation* (related document(s)22) filed by Martin A. Mooney on behalf of CAB East LLC. (Mooney, Martin) (Entered: 05/27/2010) |

| | | | |
|---|---|---|---|
| 06/01/2010 | | 28<br>(2 pgs) | Stipulation & Order signed on 6/1/2010 Granting Motion for Relief from Stay for creditor, CAB East LLC. (Related Doc # 22) . (Webb, Lonnie) (Entered: 06/01/2010) |
| 06/07/2010 | | 29<br>(2 pgs) | Affidavit of Service *Order Scheduling Initial Case Conference* (related document(s)24) filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. (Morrison, Lawrence) (Entered: 06/07/2010) |
| 06/07/2010 | | 30<br>(1 pg) | Notice of Adjournment of Hearing *Initial Case Conference* filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. with hearing to be held on 8/4/2010 at 10:00 AM at Courtroom 118, White Plains Office (Morrison, Lawrence) (Entered: 06/07/2010) |
| 06/23/2010 | | 31<br>(1 pg) | Certificate of Service (related document(s)28) filed by Martin A. Mooney on behalf of CAB East LLC. (Mooney, Martin) (Entered: 06/23/2010) |
| 08/03/2010 | | 32<br>(5 pgs; 5 docs) | Monthly Operating Report *March 2010* filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. (Attachments: 1 Monthly Operating Report - April 2010 2 Monthly Operating Report - May 2010 3 Monthly Operating Report - June 2010 4 Monthly Operating Report - July 2010)(Morrison, Lawrence) (Entered: 08/03/2010) |
| 02/07/2011 | | 33<br>(1 pg) | Notice of Adjournment of Hearing *Status Conference* filed by Lawrence F. Morrison on behalf of Aaron Tzamarot, Karin Tzamarot. with hearing to be held on 4/5/2011 at 10:00 AM at Courtroom 118, White Plains Office (Morrison, Lawrence) (Entered: 02/07/2011) |
| 03/11/2011 | | 34<br>(8 pgs; 3 docs) | Notice of Presentment *of Proposed Order Granting Meister Seelig & Fein LLP Leave to Withdraw as Attorneys for Debtors* filed by Lawrence F. Morrison on behalf of Meister Seelig & Fein LLP. with presentment to be held on 3/30/2011 at 12:00 PM at Courtroom TBA, White Plains Office (Attachments: 1 Proposed Order 2 Affidavit of Service)(Morrison, Lawrence) (Entered: 03/11/2011) |

| | | |
|---|---|---|
| 03/31/2011 | [35](#) (2 pgs) | Opposition *and Partial Objection to Meister Seelig & Fein LLP's Motion to Withdraw as Attorney for Debtors.* (related document(s)[34](#)) filed by Aaron Tzamarot, Karin Tzamarot. (Tavarez, Arturo) (Entered: 04/01/2011) |
| 04/06/2011 | [36](#) (1 pg) | Order signed on 4/6/2011 Granting Motion for Meister Seelig & Fein LLP Leave to Withdraw as Attorneys for Debtors . (related document(s)[34](#)) (Tavarez, Arturo) (Entered: 04/06/2011) |
| 05/03/2011 | [37](#) (60 pgs) | Monthly Operating Report filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 05/03/2011) |
| 05/17/2011 | [38](#) (60 pgs) | Amended Operating Report *(Signed)* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 05/17/2011) |
| 05/30/2011 | [39](#) (1 pg) | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferor: Chase Home Finance, LLC (Claim No. 5) To JPMorgan Chase Bank, N.A.. To JPMorgan Chase Bank, N.A.Chase Records CenterMail Code LA4-5555 - 700 Kansas LaneMonroe, LA 71203. filed by JPMORGAN CHASE BANK, N.A..(Taylor, Bill) (Entered: 05/30/2011) |
| 11/03/2011 | [40](#) (17 pgs) | (ENTERED IN ERROR - SHOULD BE AN ADVERSARY PROCEEDING) Summons and Notice of Pre-Trial Conference against Coldstone Answer Due: 12/5/2011. Filed by Sarit Shmulevitz on behalf of Karin Tzamarot. with Pre-Trial Conference to be held on 1/19/2012 (check with court for location), (Shmulevitz, Sarit) Modified on 11/9/2011 (Correa, Mimi). (Entered: 11/03/2011) |
| 11/03/2011 | [41](#) (2 pgs) | Notice of Appearance filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 11/03/2011) |
| 11/03/2011 | [42](#) (11 pgs; 3 docs) | Application to Employ Paul Steinberg as Special Litigation Counsel filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Attachments: [1](#) Proposed Order[2](#) Paul Steinberg Affidavit) (Shmulevitz, Sarit) (Entered: 11/03/2011) |

| | | |
|---|---|---|
| 11/03/2011 | 43<br>(17 pgs) | Adversary case 11-08362. Complaint against Cold Stone Creamery Inc., Cold Stone Creamery Leasing Company Inc., Kahala Corp., Axis Capital NY, LLC, Leaf Funding Inc., Resource America Inc., Craig Gruber, Salamon, Gruber, Newman & Blaymore, P.C.. Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Aaron Tzamarot, Karin tzamarot, It's a MishMash Creamery, Simply Moving Systems, Inc.. (Shmulevitz, Sarit) (Entered: 11/03/2011) |
| 11/08/2011 | 44<br>(2 pgs) | Notice of Status Conference to be held on January 19, 2012, 10:00 AM, Courtroom 118, White Plains Courthouse. (Claire Logue Togher). (Entered: 11/09/2011) |
| 01/11/2012 | 45<br>(2 pgs) | Notice of Hearing *Status Conference* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. with hearing to be held on 2/1/2012 (check with court for location) (Shmulevitz, Sarit) (Entered: 01/11/2012) |
| 01/12/2012 | 46<br>(2 pgs) | Notice of Hearing *Application to Retain Special Counsel* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. with hearing to be held on 2/1/2012 at 10:00 AM at Courtroom 118, White Plains Office (Shmulevitz, Sarit) (Entered: 01/12/2012) |
| 01/18/2012 | 47<br>(2 pgs) | Notice of Adjournment of Hearing *Pretrial Conf in Adversary Proceeding* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. with hearing to be held on 3/2/2012 (check with court for location) (Shmulevitz, Sarit) (Entered: 01/18/2012) |
| 03/02/2012 | 48<br>(3 pgs) | Letter *consent to substitute attorney* filed by Nicole C. Gazzo on behalf of JPMorgan Chase Bank, NA successor by merger to Chase Home Finance, LLC. (Gazzo, Nicole) (Entered: 03/02/2012) |
| 03/06/2012 | 49<br>(11 pgs; 3 docs) | Amended Application to Employ Paul Steinberg as Special Counsel filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Attachments: # 1 Exhibit Proposed Order# 2 Exhibit Affidavit) (Shmulevitz, Sarit) (Entered: 03/06/2012) |
| 04/05/2012 | 50<br>(1 pg) | Letter *Requesting Termination of Attorneys* filed by Royston Mendonza on behalf of Chase Home |

| | | Finance, LLC. (Mendonza, Royston) (Entered: 04/05/2012) |
|---|---|---|
| 04/25/2012 | 51 (60 pgs) | Operating Report *Jan 2010 through Dec 2010* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 04/25/2012) |
| 04/25/2012 | 52 (15 pgs) | Unsigned Operating Report *January 2011* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 04/25/2012) |
| 04/25/2012 | 53 (8 pgs) | Unsigned Operating Report *February 2011* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 04/25/2012) |
| 04/25/2012 | 54 (8 pgs) | Unsigned Operating Report *March 2011* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 04/25/2012) |
| 04/25/2012 | 55 (17 pgs) | Unsigned Operating Report *February 2011 (Personal)* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 04/25/2012) |
| 04/25/2012 | 56 (15 pgs) | Unsigned Operating Report *March 2011* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 04/25/2012) |
| 04/25/2012 | 57 (17 pgs) | Unsigned Operating Report *April 2011* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 04/25/2012) |
| 04/25/2012 | 58 (15 pgs) | Unsigned Operating Report *May 2011* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 04/25/2012) |
| 04/25/2012 | 59 (50 pgs) | Unsigned Operating Report *June 2011* filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 04/25/2012) |
| 08/14/2012 | 60 (5 pgs) | (DISREGARD SEE DOC # 61) Amended Complaint against Peter a/k/a/ Alexis Alexos *ERCNY, Elite Rebuildable Cars, ISA Insurance, Xtreme Wholesale* Filed by Sarit Shmulevitz on behalf of Aaron Tzamarot. (Shmulevitz, Sarit) Modified on 8/15/2012 (Rodriguez, Willie). (Entered: 08/14/2012) |

| | | |
|---|---|---|
| 08/14/2012 | 61<br>(5 pgs) | Adversary case 12-08285. Complaint against Peter Alexos, ERCNY, Xtreme Wholesale Corp. . Nature(s) of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Aaron Tzamarot. (Shmulevitz, Sarit) (Entered: 08/14/2012) |
| 09/20/2012 | 62<br>(2 pgs) | Transfer Agreement FRBP 3001(e) Transfer Agreement 3001 (e) 2 Transferor: J.P. Morgan Chase Bank, N.A. (Claim No. 10) To JPMorgan Chase Bank, N.A.. To JPMorgan Chase Bank, N.A.c/o Five Lakes Agency, Inc.P.O. Box 80730Rochester, MI 48308-0730. filed by JPMORGAN CHASE BANK, N.A..(Schellig, Kelly) (Entered: 09/20/2012) |
| 09/21/2012 | 63<br>(9 pgs; 3 docs) | Motion to Authorize *Termination of Legal Representation of the Debtors by Lawrence F. Morrison, Meister, Seelig & Fein, LLP and Sarit Shmulevitz* filed by Aaron Tzamarot, Karin Tzamarot. with hearing to be held on 11/20/2012 at 10:00 AM at Courtroom 118, White Plains Office (Attachments: # 1 Notice of Hearing# 2 Proposed Order) (Logue Togher, Claire) Modified on 9/21/2012 (Andino, Eddie). (Entered: 09/21/2012) |
| 09/24/2012 | 64 | (Wrong PDF Attachment) Response to Motion *Termination of Attorney* filed by Sarit Shmulevitz on behalf of Shmulevitz Law. (Shmulevitz, Sarit) Modified on 9/24/2012 (Correa, Mimi). (Entered: 09/24/2012) |
| 09/24/2012 | 65<br>(4 pgs) | Reply to Motion *filed by the Tzamarots* filed by Sarit Shmulevitz on behalf of Shmulevitz Law. (Shmulevitz, Sarit) (Entered: 09/24/2012) |
| 10/01/2012 | 66<br>(26 pgs; 6 docs) | Application to Employ The Law Office of Linda Tirelli, P.C. and The Law Offices of Cushner & Garvey, LLP as Attorneys filed by Todd S. Cushner on behalf of Aaron Tzamarot, Karin Tzamarot. (Attachments: # 1 Affidavit of Attorney# 2 Exhibit A# 3 Exhibit B# 4 Proposed Order# 5 Certificate of Service) (Cushner, Todd) (Entered: 10/01/2012) |
| 10/19/2012 | 67<br>(2 pgs) | Objection to Motion *Partial Objection to Retention Application* filed by Sarit Shmulevitz on behalf of Shmulevitz Law. (Shmulevitz, Sarit) (Entered: 10/19/2012) |

| | | |
|---|---|---|
| 10/23/2012 | 68 (16 pgs) | Application for Final Professional Compensation for Sarit Shmulevitz, Debtor's Attorney, period: 3/26/2011 to 10/22/2012, fee:$21,525, expenses: $. filed by Sarit Shmulevitz. (Shmulevitz, Sarit). (Entered: 10/23/2012) |
| 10/25/2012 | 69 (28 pgs) | Application to Employ Shmulevitz Law as Attorney *Hearing: November 20, 2012* filed by Sarit Shmulevitz on behalf of Shmulevitz Law. (Shmulevitz, Sarit) (Entered: 10/25/2012) |
| 11/05/2012 | 70 (1 pg) | Affirmation *by Paul Steinberg, Special Counsel* filed by Sarit Shmulevitz on behalf of Shmulevitz Law. (Shmulevitz, Sarit) (Entered: 11/05/2012) |
| 11/09/2012 | 71 (1 pg) | Affidavit of Service *of Notice of Hearing, Application to Terminate Legal Representation and [Proposed] Order* (related document(s)63) filed by Aaron Tzamarot. (Logue Togher, Claire) (Entered: 11/14/2012) |
| 11/19/2012 | 72 (2 pgs) | Letter filed by Sarit Shmulevitz on behalf of Shmulevitz Law. (Shmulevitz, Sarit) (Entered: 11/19/2012) |
| 01/29/2013 | 73 (38 pgs) | Transcript regarding Hearing Held on 11/20/2012 RE: Application to Employ Paul Steinberg as Special Litigation Counsel; Amended Application to Employ Paul Steinberg as Special Counsel..et al.... Remote electronic access to the transcript is restricted until 4/29/2013. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Terry Gribben's Transcription Service.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 2/5/2013. Statement of Redaction Request Due By 2/19/2013. Redacted Transcript Submission Due By 3/1/2013. Transcript access will be restricted through 4/29/2013. (Ortiz, Carmen) (Entered: 01/29/2013) |

| PACER Service Center |
|---|

| Transaction Receipt | | | |
|---|---|---|---|
| 07/09/2013 13:34:23 | | | |
| PACER Login: | lt1456 | Client Code: | Tzamarot |
| Description: | Docket Report | Search Criteria: | 09-24277-rdd Fil or Ent: filed From: 6/25/2008 To: 7/9/2013 Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| Billable Pages: | 6 | Cost: | 0.60 |